

MAILING ADDRESS:

P. O. BOX 1569
HOUMA, LA 70361-1569

MAIN OFFICE: (985) 868-5660
OFFICE FAX: (985) 868-5143

PHYSICAL ADDRESS:

7856 MAIN ST.
HOUMA, LA 70360

(1ST FLOOR OLD COURTHOUSE BLDG.)

www.terrebonneclerk.org

THERESA A. ROBICHAUX
CLERK OF COURT

## UNITED STATES OF AMERICA
## STATE OF LOUISIANA
## PARISH OF TERREBONNE

I, the undersigned Clerk of the Thirty-Second Judicial District Court of the State of Louisiana, in and for the Parish of Terrebonne, do hereby certify that the within and foregoing ___11___ pages is a true and correct copy of the record titled:

### DONALD BLANCO AND SHERRI BLANCO

Vs.

### PROGRESSIVE CASUALTY INSURANCE COMPANY, ET AL

and bearing docket no. ___192787___ of the Civil Docket of this said Court.

**I FURTHER CERTIFY** that the record is full and complete and that the copies herein were each taken from the originals of the same, all of which are contained in the said original record, and that the said original record is under the care, custody and control of the Clerk of Court of this said Court.

**IN TESTIMONY WHEREOF**, witness my hand and official seal at Houma, Louisiana this ___9___ day of ___**February**___, 20_22___.

_Denise B. Vaughn_
Deputy Clerk of Court

Revised: 01-21-2021

JUAN W. PICKETT
JUDGE, DIVISION C

No. 192787

# 32nd. JUDICIAL DISTRICT COURT

PARISH OF TERREBONNE

DONALD BLANCO AND SHERRI BLANCO

PLAINTIFF

VS.

PROGRESSIVE CASUALTY INSURANCE COMPANY, JEREMY DAVIS TRUCKING, LLC, AND LUKE BROOKS

DEFENDANT

ACTION      DAMAGES

DATE FILED     JANUARY 21, 2022

ROSS M. LEBLANC; 1075 GOVERNMENT STREET

BATON ROUGE, LA 70802; (225) 239-7224

Attorney for Plaintiff

Attorney for Defendant

No. 192787

JUAN W. PICKETT
JUDGE, DIVISION C

**32nd JUDICIAL DISTRICT FOR THE PARISH OF TERREBONNE**

**STATE OF LOUISIANA**

SUIT NO: __192787__                              DIVISION "_____"

**DONALD BLANCO and SHERRI BLANCO**

**VERSUS**

**PROGRESSIVE CASUALTY INSURANCE COMPANY, JEREMY DAVIS TRUCKING, LLC., and LUKE BROOKS**

*************************************************************************

## PETITION FOR DAMAGES

The plaintiffs, Donald Blanco and Sherri Blanco, both adult residents of Lafourche Parish, Louisiana, appear through undersigned counsel and respectfully represent:

1.

The defendants are:

I. Progressive Casualty Insurance Company, an Ohio insurance company authorized to do and doing business in Louisiana.

II. Jeremy Davis Trucking, LLC., a Missouri limited liability company.

III. Luke Brooks, an adult resident of Missouri.

2.

On November 9, 2021, at approximately 7:10 a.m., a crash occurred on West Park Avenue at its intersection with Coteau Road, in Terrebonne Parish, Louisiana, involving a debris removal truck driven by Luke Brooks, a truck driven by Donald Blanco, and a truck driven by Michael Majerus.

3.

Luke Brooks drives north on West Park Avenue in a flood clean-up truck owned by his employer, Jeremy Davis Trucking, LLC.

4.

As Luke Brooks is approaching the intersection with Coteau Road, he sees his traffic light turn yellow.

**JUAN W. PICKETT**
**JUDGE, DIVISION C**
SCANNED
JAN 2 6 2022

5.

Luke Brooks decides to continue through the intersection rather than slow down or stop.

6.

Luke Brooks sees his traffic light turn from yellow to red.

7.

Luke Brooks decides to continue through the intersection.

8.

Luke Brooks blows his horn to alert other drivers that he intends to run the red light.

9.

Luke Brooks never stops or slows down as he enters the intersection.

10.

At the same time, Donald Blanco is facing east on Coteau Road, waiting behind two other vehicles stopped for the red light at the intersection with West Park Avenue.

11.

Donald Blanco is driving a vehicle owned by his employer, Hesselbein Tire.

12.

The light facing Donald Blanco turns green, and the two vehicles in front of Donald Blanco proceed across the intersection.

13.

Donald Blanco does not know it, but Luke Brooks is approaching the intersection and intending to run the red light.

14.

As Donald Blanco enters the intersection, Luke Brooks smashes into the passenger side of Donald Blanco's work truck at a high speed.

15.

The force of this impact pushes Donald Blanco's work truck across the intersection into another vehicle owned by Terrebonne Parish and driven by Michael Majerus.

SCANNED
JAN 26 2022

16.

This crash also damaged two traffic signs owned by DOTD and a utility pole owned by Entergy.

17.

Following the crash, Luke Brooks admits to the officer that he knowingly ran the red light.

18.

This crash was caused solely by the negligence of Luke Brooks, in the following ways:

a. Operating the flood clean-up truck carelessly.
b. Disregarding a red light.
c. Driving too fast.
d. Failing to stop.
e. Lacking the qualifications and supervision to operate the flood clean-up truck safely.

19.

Donald Blanco was injured in this crash and seeks reasonable damages in the following categories:

a. Past medical expenses.
b. Future medical expenses.
c. Past lost wages.
d. Future lost wages.
e. Past physical pain and suffering.
f. Future physical pain and suffering.
g. Lost enjoyment of life.
h. Disability.
i. Past mental anguish and emotional distress.
j. Future mental anguish and emotional distress.

20.

At the time of this crash, and at the time of filing this Petition, Donald Blanco and Sherri Blanco were living together as a married couple.

21.

As a result of Donald Blanco's injuries from this crash, Sherri Blanco suffered and a loss of consortium, affection, and society, and she seeks reasonable damages for these losses.

22.

Because Luke Brooks was in the course and scope of his employment with Jeremy Davis Trucking, LLC at the time of this crash, Jeremy Davis Trucking, LLC is vicariously liable for Donald Blanco's and Sherri Blanco's damages.

SCANNED
JAN 26 2022

22.

At the time of this crash, Progressive Casualty Insurance Company provided liability insurance coverage to Jeremy Davis Trucking, LLC and Luke Brooks, which obligates Progressive Casualty Insurance Company to pay for Donald Blanco's and Sherri Blanco's damages.

**PRAYER FOR RELIEF**

Plaintiff, Donald Blanco, prays that defendants be cited and served with a copy of this Petition; and, after all due proceedings, that there be a judgment for plaintiff, Donald Blanco, and against the defendants, Progressive Casualty Insurance Company, Jeremy Davis Trucking, LLC, and Luke Brooks, for reasonable amounts, together with legal interest and costs.

Respectfully submitted by:

DUDLEY DEBOSIER APLC

**ROSS M. LEBLANC (#33940)**
1075 Government Street
Baton Rouge, LA 70802
Telephone: (225) 239-7224
Facsimile: (225) 239-7274
rmleblanc@dudleydebosier.com
Attorney for the Plaintiff

**PLEASE SERVE:**

**Progressive Casualty Insurance Company**
Through its agents for service of process:
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

**PLEASE SERVE VIA LONG-ARM:**

**Jeremy Davis Trucking, LLC**
Through its agent for service of process:
Jeremy Davis
3069 St. Rt. Z
Willow Springs, MO 65793

**Luke Brooks**
14164 Holmes Road
Caboo, MO 65689

FILED
JAN 21 2022
DEPUTY CLERK OF COURT
PARISH OF TERREBONNE, LA

SCANNED
JAN 26 2022

**APPENDIX 9.6**
**LOUISIANA CIVIL CASE REPORTING**
Civil Case Cover Sheet - LA. R.S. 13:4688, Part G, §13 of the Louisiana Supreme Court General Administrative Rules, and Appendix 9.6 of the Louisiana District Court Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

**Suit Caption:**

Donald Blanco and Sherri Blanco
vs.
Progressive Casualty Insurance Company, Jeremy Davis Trucking, LLC, and Luke Brooks

**Court:** 32nd - JDC      **Docket Number:** 192787

**Parish of Filing:** Terrebonne      **Filing Date:** mailed 1/18/22

**Name of Lead Petitioner's Attorney:** Ross Leblanc

**Name of Self-Represented Litigant:** ____

**Number of named petitioners:** 2      **Number of named defendants:** 3

**Type of Lawsuit:** Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):

- ✓ Auto: Personal Injury
- __ Auto: Property Damage
- __ Auto: Wrongful Death
- ☐ Auto: Uninsured Motorist
- __ Asbestos: Property Damage
- __ Asbestos: Personal Injury/Death
- __ Product Liability
- __ Premise Liability
- __ Intentional Bodily Injury
- __ Intentional Property Damage
- __ Intentional Wrongful Death
- __ Unfair Business Practice
- __ Business Tort
- __ Fraud
- __ Defamation
- __ Professional Negligence
- __ Environmental Tort
- __ Medical Malpractice
- __ Intellectual Property
- __ Toxic Tort
- __ Legal Malpractice
- __ Other Tort (describe below)
- __ Other Professional Malpractice
- __ Redhibition
- __ Maritime
- __ Class action (nature of case)
- __ Wrongful Death
- __ General Negligence

FILED
JAN 21 2022
DEPUTY CLERK OF COURT
PARISH OF TERREBONNE, LA

**Please briefly describe the nature of the litigation in one sentence of additional detail:**
MVA

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

Name: Ross LeBlanc      Signature: _____

Address: 1075 Government Street, Baton Rouge, La 70802

Phone number: (225) 239-7224      E-mail address: rmleblanc@dudleydebosier.com

SCANNED
JAN 26 2022



**DUDLEY DEBOSIER**
INJURY LAWYERS

**ROSS M. LEBLANC,** Attorney
(225) 239-7224 TELEPHONE
(225) 239-7274 FACSIMILE
rmleblanc@dudleydebosier.com
**AMANDA BOURLIEA,** Paralegal
(225) 239-7228 TELEPHONE
(225) 239-7278 FACSIMILE
abourliea@dudleydebosier.com

BATON ROUGE
NEW ORLEANS
SHREVEPORT
LAFAYETTE
DENHAM SPRINGS
T.P.C.C. (800) 396-4333

1075 Government
Baton Rouge, LA 70802

January 18, 2022

TERREBONNE CLK OF CR
RCVD JAN21 2022PM12:2

Clerk, 32nd Judicial District - Terrebonne
32nd JDC - Terrebonne Parish
7856 Main Street
Houma, LA 70360

RE:
  **NEW SUIT FILING**

Dear Sir or Madam:

*192787*

    Enclosed please find the original and 4 copies each of a Petition for Damages for filing in the captioned matter. Please have a copy served on each defendant and notify me of the date and type of service on the defendants. Please note that two of the services are LONG ARM. On the enclosed copy of the Petition please indicate the date filed and civil suit number assigned and return same to us.

As requested, enclosed are the following check(s) in payment of filing and service fees:

    $515.00        Clerk, 32nd JDC - Terrebonne Parish

Should you have any questions, please do not hesitate to contact me.

Sincerely,

Ross M. LeBlanc

RML/asb

SCANNED
JAN 26 2022

www.dudleydebosier.com



**DUDLEY DEBOSIER INJURY LAWYERS**
(A PROFESSIONAL LAW CORPORATION)
CLIENT EXPENSE ACCOUNT
1075 GOVERNMENT STREET
BATON ROUGE, LA 70802
PH. 225-444-4444

IBERIABANK
84-7041/2652

192787

452442

*** Five Hundred Fifteen ************************************************ 00/100

DATE: Jan 14, 2022

AMOUNT: $515.00

PAY TO THE ORDER OF:
32nd JDC – Terrebonne Parish
7865 Main Street
Houma, LA 70361

VOID AFTER 180 DAYS

AUTHORIZED SIGNATURE

Donald Blanco

⑈452442⑈ ⑆265270413⑆ 20001712152⑈

SCANNED
JAN 26 2022

# CITATION

DONALD BLANCO, ET AL



Case: 0192787

Versus

Division: C

32nd Judicial District Court
Parish of Terrebonne
State of Louisiana

PROGRESSIVE CASUALTY INSURANCE
COMPANY, ET AL

*A Resident of EAST BATON ROUGE Parish*

TO: PROGRESSIVE CASUALTY INSURANCE COMPANY
THROUGH ITS AGENT FOR SERVICE OF PROCESS:
LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVENUE
BATON ROUGE, LA 70809

**YOU ARE HEREBY SUMMONED** to comply with the demand of the **ORIGINAL PETITION**, filed on January 21, 2022, a true and faithful copy whereof accompanies this citation, or to make an appearance by filing an answer or other pleading thereto, in writing with the Clerk of Court at her office in the City of Houma, within twenty-one (21) days after the service hereof.

Your failure to so comply will subject you to the penalty of having a judgment rendered against you.

*Witness my hand and official seal this 27TH day of JANUARY, 2022.*

**Theresa A. Robichaux, Clerk of Court**

BY: /s/ Candace S. Porche
Deputy Clerk of Court

Requested By:
MR. ROSS M. LEBLANC
ATTORNEY AT LAW
1075 GOVERNMENT STREET
BATON ROUGE, LA 70802
(225) 239-7224

Returned and filed:

_____

_____
Deputy Clerk of Court

[ FILE COPY ]

## CITATION (LONG ARM STATUTE)

DONALD BLANCO, ET AL



Case: 0192787

Versus

Division: C

32nd Judicial District Court
Parish of Terrebonne
State of Louisiana

PROGRESSIVE CASUALTY INSURANCE
COMPANY, ET AL

TO:  LUKE BROOKS
     14164 HOLMES ROAD
     CABOO, MO 65689

VIA LONG ARM STATUTE

**YOU ARE HEREBY SUMMONED** to comply with the demand of the Original Petition, filed on January 21, 2022, a true and faithful copy whereof accompanies this citation, or to make an appearance by filing an answer or other pleading thereto, in writing with the Clerk Of Court at her office in the City of Houma, Louisiana within thirty (30) days after the service hereof; and your failure to so comply will subject you to the penalty of having a default judgment rendered against you.

Witness my hand and official seal this 27TH day of January, 2022.

Theresa A. Robichaux, Clerk of Court
BY: _Candace S. Pride_
                          Deputy Clerk of Court

Requested by:
MR. ROSS M. LEBLANC
ATTORNEY AT LAW
1075 GOVERNMENT STREET
BATON ROUGE, LA 70802
(225) 239-7224

[ ORIGINAL ]

## CITATION (LONG ARM STATUTE)

DONALD BLANCO, ET AL



Case: 0192787

Versus

Division: C

32nd Judicial District Court
Parish of Terrebonne
State of Louisiana

PROGRESSIVE CASUALTY INSURANCE
COMPANY, ET AL

TO: JEREMY DAVIS TRUCKING
THROUGH ITS AGENT FOR SERVICE OF PROCESS
JEREMY DAVIS
3069 ST. RT. Z
WILLOW SPRINGS, MO 65793

VIA-LONG ARM STATUTE

**YOU ARE HEREBY SUMMONED** to comply with the demand of the Original Petition, filed on January 21, 2022, a true and faithful copy whereof accompanies this citation, or to make an appearance by filing an answer or other pleading thereto, in writing with the Clerk Of Court at her office in the City of Houma, Louisiana within thirty (30) days after the service hereof; and your failure to so comply will subject you to the penalty of having a default judgment rendered against you.

Witness my hand and official seal this 27TH day of January, 2022.

*Theresa A. Robichaux, Clerk of Court*

BY: *Candace S. Poche*
Deputy Clerk of Court

Requested by:
MR. ROSS M. LEBLANC
ATTORNEY AT LAW
1075 GOVERNMENT STREET
BATON ROUGE, LA 70802
(225) 239-7224

[ ORIGINAL ]